UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



DARYL LAMONTE SAMPLE,
    Petitioner,

v.                                      No. 1:13cv372(CMH/TRJ)

HAROLD W. CLARKE,
    Respondent.

Notice of Appeal

Notice is given that Daryl Lamonte Sample, petitioner above-named, appeals to the United States Court of Appeals for the Fourth Circuit from the order denying petitioner's application for a writ of habeas corpus entered in this proceeding on July 9, 2013.

Dated July 19, 2013

By: /s/ Daryl Lamonte Sample
DARYL LAMONTE SAMPLE [1420285]
c/o Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

DARYL L. SAMPLE [1420285]
c/o GREENSVILLE CORRECTIONAL CENTER
901 Corrections Way
Jarratt, Virginia 23870

RICHMOND VA 230

22 JUL 2013 PM 4 L

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798

LEGAL MAIL

22314579899